# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SERVANDO ALONSO FLORES, | Case No. C18-623-JLR-JPD |
| Petitioner, | ORDER OF TRANSFER |
| v. | |
| STATE OF WASHINGTON, | |
| Respondent. | |

Petitioner, an inmate at the Northern Oregon Regional Correctional Facility in Dalles, Oregon, has filed a federal habeas petition challenging a conviction in Grant County Superior Court in the Eastern District of Washington. Dkt. 3. However, petitioner paid the applicable filing fee, and filed his habeas petition in the United States District Court for the Western District of Washington. By agreement between the Eastern and Western Districts, a federal habeas petition pursuant to § 2254 should be heard in the district in which the underlying conviction was entered. Accordingly, it is ORDERED that this matter be TRANSFERRED to the United States District Court for the Eastern District of Washington.

//

//

//

ORDER
PAGE - 1

The Clerk is directed to take the necessary steps to transfer the case, and to send copies of this Order to petitioner and to the Honorable James P. Donohue.

DATED this 18th day of May, 2018.

JAMES L. ROBART
United States District Judge

Recommended for entry this
18th day of May, 2018

s/ James P. Donohue
JAMES P. DONOHUE
United States Magistrate Judge

ORDER
PAGE - 2